An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE ALEXANDER GENDALL AND
LILY GENDALL TRUST; AND
CARMIC, INC., A NEVADA
CORPORATION,
Appellants,
vs.
THE STATE OF NEVADA, ON
RELATION OF ITS DEPARTMENT OF
TRANSPORTATION,
Respondent.

No. 66575

**FILED**

NOV 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Valorie J. Vega, District Judge
Law Offices of Kermitt L. Waters
Chapman Law Firm, P.C/Las Vegas
Attorney General/Las Vegas
Attorney General/Transportation Division/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

14-38157